# BENNETT & ELLISON, P.C.

2086 Generals Highway, Suite 201
Annapolis, Maryland 21401
www.belawpc.com

Paul V. Bennett (MD, DC, VA)
James L. Ellison, II (MD, DC)
Jeffrey J. Sadri (MD)
Elizabeth A. Marcus-Wenger (MD)

Toll Free:   (888) 288-9787
Baltimore:   (410) 974-6000
Annapolis:   (410) 224-0532
Facsimile:   (410) 224-4590

September 11, 2018

The Honorable Paula Xinis
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

Re:   *Nancy Lee v. James N. Mattis, et al.*
Case No.: 8:17-cv-02836-PX

Dear Judge Xinis:

This correspondence is to advise that the parties have reached a settlement in this matter. We anticipate needing approximately 30-days to finalize the settlement.

Should you have any questions or concerns, please contact me.

Sincerely,

Paul V. Bennett

Cc:   Meredith L. Schramm-Strosser, Esq.
Johan Lubbe, Esq.
John Remy, Esq.