IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| NANCY LEE,<br><br>    Plaintiff,<br><br>  -against-<br><br>THE GENEVA FOUNDATION at WRNMMC, et al.,<br><br>    Defendants. | Index No. 8:17-cv-02836-PX |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  Defendant The Geneva Foundation and Plaintiff Nancy Lee, by and through undersigned counsel, submits this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Whereby the Parties agree to dismiss the above-captioned matter, with prejudice, effective on the date this stipulation is filed.

Date: September 27, 2018

BENNETT & ELLISON, P.C.

_____/s/_____
Paul V. Bennett (Bar No. 10324)
Elizabeth A. Marcus-Wenger (Bar No. 30123)
2086 Generals Highway, Suite 201
Annapolis, MD 21401
Tel: 301-587-9373
Direct: 410.224.0532
Fax: 410.224.4590
pbennett@belawpc.com

*Counsel for Plaintiff*

Respectfully submitted,

LITTLER MENDELSON, P.C.

_____/s/_____
(by permission)
Meredith L. Schramm-Strosser (Bar No. 18537)
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
Tel: 202.842.3400
Fax: 202.842.0011
mschramm-strosser@littler.com

*Counsel for Defendant Geneva International Security, Inc.*

JACKSON LEWIS P.C.

_____/s/_____
(By permission)
John M. Remy (MD Bar No. 15512)
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300 – Phone
(703) 483-8301- Fax
John.Remy@jacksonlewis.com

*Counsel for Defendant HJF*